Jack P. DiCanio (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: julia.york@skadden.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LARRY GOLDEN,<br><br>  *Pro Se* Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 3:22-cv-04152-VC<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: October 6, 2022<br>Time:  9:30 a.m.<br>Place:  Courtroom 4, 17th Floor<br>Judge:  Hon. Vince Chhabria |

Defendant Apple Inc. ("Apple") submits this Request for Judicial Notice in support of Apple's Motion to Dismiss Plaintiff's Complaint ("Motion").  Pursuant to Rule 201 of the Federal Rules of Evidence, Apple requests that this Court take judicial notice of the existence and authenticity of the court records and documents attached as Exhibits 1 through 15 to the Declaration of Julia K. York in Support of Defendant Apple Inc.'s Motion to Dismiss.  Each of these Exhibits may be properly considered by the Court because they are incorporated by reference in and integral to the claims alleged in Plaintiffs' Complaint, are matters of public record, and/or are matters that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)

Courts may take judicial notice of matters of record in other proceedings.  *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803, n.2 (9th Cir. 2002); *United States v. S. California Edison Co.*, 300 F. Supp. 2d 964, 973 (E.D. Cal. 2004) ("Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'") (quoting *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)).

Under Rule 401 of the Federal Rules of Evidence, the attached exhibits are relevant because they show that Plaintiff previously filed *six* nearly-identical frivolous lawsuits in various federal courts.  Further, these exhibits show that in each of these cases, Plaintiff has been unsuccessful, with each having been dismissed, some *with* prejudice.

DATED: August 30, 2022

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ *Jack P. DiCanio*

Jack P. DiCanio (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email:   julia.york@skadden.com

*Attorneys for Defendant Apple Inc*