Jack P. DiCanio (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: julia.york@skadden.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　*Pro Se* Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　Defendant. | Case No. 3:22-cv-04152-VC<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: October 6, 2022<br>Time:　　　9:30 a.m.<br>Place:　　　Courtroom 4, 17th Floor<br>Judge:　　　Hon. Vince Chhabria |

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I, Uyenchi Ho, declare that I am over the age of eighteen (18) and not a party to this action. I am employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.  My business address is 525 University Avenue, Suite 1400, Palo Alto, California 94301, and my email address is uyenchi.ho@skadden.com.

On August 31, 2022, I served the documents described as:

1. DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS COMPLAINT

3. DECLARATION OF JULIA K. YORK IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS COMPLAINT

4. [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS COMPLAINT

5. CERTIFICATE OF SERVICE

on the interested party in this action addressed as follows:

<u>Plaintiff</u>

Larry Golden
740 Woodruff Rd., #1102
Greenville, SC 29607

☒  **BY OVERNIGHT COURIER**:  By placing the documents listed above in a sealed envelope and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1 | Executed on August 31, 2022 at Palo Alto, California.

<u>Uyenchi Ho</u>
PRINT NAME                                                                 SIGNATURE