1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4   Larry Golden                  ,        Case No. 5:22-cv-04152-VC

5          Plaintiff(s),

6        v.                                **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7   Apple Inc.                    ,

8          Defendant(s).

9

10   I, __Karen Hoffman Lent__, an active member in good standing of the bar of

11   __New York__, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: __Apple Inc.__ in the

13   above-entitled action. My local co-counsel in this case is __Jack DiCanio__, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: __138782__.

16   One Manhattan West, New York, NY 10001       525 University Avenue, Suite 1400
Palo Alto, CA 94301

17   MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (212) 735-3000                               (650) 470-4500
MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19
20   karen.lent@skadden.com                       jack.dicanio@skadden.com
MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22   I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: __3058021__.

24   A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court ___5___ times in the 12 months

27   preceding this application.

28

*United States District Court*
*Northern District of California*

1          I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: <u>August 24, 2022</u>                               <u>Karen Hoffman Lent</u>

                                                        APPLICANT

5

6  ═══════════════════════════════════════════════════

7

8  ORDER GRANTING APPLICATION

9  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of <u>Karen Hoffman Lent</u> is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: <u>September 15, 2022</u>

16

17

18  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

2

United States District Court
Northern District of California



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Karen Mary Lent

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on August 4, 2022.



Clerk of the Court

CertID-00078138

 **Supreme Court of the State of New York**
**Appellate Division, First Department**

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/