Jack P. DiCanio (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

Julia K. York (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: julia.york@skadden.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LARRY GOLDEN,<br><br>    *Pro Se* Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:22-cv-04152-VC<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: October 6, 2022<br>Time:         9:30 a.m.<br>Place:        Courtroom 4, 17th Floor<br>Judge:        Hon. Vince Chhabria |

**TO THE COURT AND PLAINTIFF:**

Defendant Apple Inc. ("Apple") hereby submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiff's Complaint, which is set for hearing before this Court on October 6, 2022. Attached hereto as Exhibit A is a copy of *Golden v. United States*, No. 2022-1196 (Fed. Cir. Sept. 8, 2022). Attached hereto as Exhibit B is a copy of *Golden v. Apple, Inc.*, No. 2022-1299 (Fed. Cir. Sept. 8, 2022). These cases are relevant to the issues of patent infringement, collateral estoppel, and the sufficiency of Plaintiff's allegations.

DATED: September 20, 2022             **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ *Jack P. DiCanio*

Jack P. DiCanio (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com

Julia K. York (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email:      julia.york@skadden.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I served or caused to be served the foregoing document by mail and by email to *pro se* plaintiff Larry Golden at address 740 Woodruff Road, #1102, Greenville, SC 29607, and email address atpg-tech@charter.net.

By: /s/ *Uyenchi Ho*

Uyenchi Ho
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (415) 200-8577
Facsimile: (650) 798-6513
Email: uyenchi.ho@skadden.com