1

Your Name: Larry Golden

2

Address: 740 Woodruff Rd 1102 G'ville SC 29

3

Phone Number: 864-288-5605

4

Fax Number:

5

E-mail Address: atpg-tech@charter.net

6

Pro Se

**FILED**

OCT 17 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

Division *[check one]*: ☑ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka

11

12

Case Number: 3:22-cv-04152-VC

13

Larry Golden

14

Plaintiff,

15

vs.

16

Apple Inc.

17

18

19

20

21

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*[Check box for party submitting statement]:*

☑ **Plaintiff's**          ☐ **Defendant's**

**CASE MANAGEMENT STATEMENT**

DATE: 10/26/2022

TIME:

JUDGE: Hon. Vince Chhabria

22

23

24

25

26

27

28

*[See the Instructions for more detailed information about how to complete this template.]*

CASE MANAGEMENT STATEMENT; CASE NO.: 3:22-cv-04152-VC
PAGE NO. 1   OF 8    *[JDC TEMPLATE – Rev. 05/17]*

## 1. **JURISDICTION**

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* Sherman Act, Clayton Act, Direct Infringement, Contributory Infringement, Joint Infringement, Unjust Enrichment

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. **SERVICE**

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| Apple, Inc. | August 9, 2022 | ☑ Yes  ☐ No | ☐ Yes  ☑ No |
|  |  | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

☐ *Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.*

## 3. **FACTS**

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

The Defendant does not have any genuine dispute to Plaintiff's alleged violations of the

Sherman Act, Clayton Act, Direct Infringement, Joint & Contributory Infringement, and

Unjust Enrichment Claims. Thereby, Plaintiff is entitled to summary judgement as a

matter of law.

Plaintiff and Defendant disagree that this Case is ready to be tried by jury. Plaintiff's

evidence to be presented to the jury includes: 1) One hour video of Plaintiff's

conception [2004 filed with the USPTO] of Plaintiff's CMDC device; 2) One hour video

of the DHS conception of a new and improved cell phone [2007-08 contracted award to

Apple]; and, 3) Video of Gov't, proclaiming Jobs/Apple not inventor of the smartphone

1

#### 4. **LEGAL ISSUES**

2

*Briefly explain the laws the Plaintiff says the Defendant violated.*

3  Antitrust: Defendant's motive to conspire in restraint of trade while performing work

4  under a Gov't contract includes: cannot be held liable for infringing a patent; any part

5  of the process performed abroad [up to year 2012] the Gov't cannot be held liable for

6  patent infringement; and creating and maintaining monopoly power with the target

7  market of 300 million consumers who currently [2007] use cell phones and who upgrade

8  every two to three years.

9  Infringement: Apple products directly infringes on Plaintiff's patented inventions; Apple

10  is jointly infringing with Google [reviewed by the Federal Circuit, "map claim limitations

11  to infringing product features ... in a relatively straightforward manner"] contributory inf.

12

#### 5. **MOTIONS**

13

*Complete the table to list any motions that have been filed or might be filed.*

14

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Plaintiff | Summary judgement / Injunc. relief | Pending / To be filed |
| Pliantiff | Amendment [joint infring. Google] | To be filied |

18  ☐ *Check box if there are more motions and add a page at the end with additional information.*

19

#### 6. **AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM**

20

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

21  • The submitting party *[name]* Larry Golden

22  ☐ does <u>not</u> plan to amend the Complaint.

23  ☑ plans to amend the Complaint by *[date]* after decision on summary judgemen

24  ☐ *Check box if you need to list more parties, and provide the above information for each party*

25  *on an additional page at the end of this document.*

26  \\

27

28  \\

## 7. **EVIDENCE PRESERVATION**

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* <u>Larry Golden</u> has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. **INITIAL DISCLOSURES**

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☑ Parties have sent each other Initial Disclosures.

☐ Parties have <u>not</u> yet sent each other Initial Disclosures, but agree to exchange them by *[date]* _____

## 9. **DISCOVERY**

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

Plaintiff is Pro Se and is limited to discovery from the internet [product specs. etc]

Plaintiff believes he has submitted enough factual allegations that are supported by

enough factual documentaion for the Court to determine Defendant has no geniune

dispute to the illegal conduct Plaintiff has alleged Defendant has cause. Plaintiff is

prepared to send Defendant the three videos Plaintiff intends to show the jury

1) Plaintiff's conception of the CMDC [smartphone] device-2004

2) DHS conception of the new, useful, and improved upon cell phone-2007

3) The Gov't [Nancy Pelosi] rejection that Jobs/Apple invented the smartphone

## 10. CLASS ACTIONS

Not applicable.

1

## 11. RELATED CASES

2

*Check the correct box to explain whether you are aware of any cases related to this one.*

3

*If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

4

The party submitting this statement

5

    ☐ is not aware of any related cases.

6

    ☑ is aware of related cases *[list cases]*:  Golden v. Qualcomm; Golden v. Intel

7

    Golden v. Google; Golden v. US (petition rehearing at the Federal Circuit)

8

## 12. RELIEF SOUGHT

9

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter*

10

*or crossclaim, state the same information for the Defendant. Insert a page if needed.*

11

Apple's actual and estimated revenues from 2010 thru 2026 is $5 Trillion. A reasonable

12

royalty is 10% [$500 billion]. Plaintiff asked the Court to award 1% [$50 billion]. Plaintiff

13

most recent settlement offer was 1/10th of 1% [$5 billion]. The Defendant turned it

14

down. Plaintiff is now seeking relief granted by a jury that not only includes monetary

15

damages of at least 5%, but include an ownership stake in Apple. Plaintiff will show the

16

jury Plaintiff is responsible for at least 50% of Apple's success. Plaintiff will also seek

17

triple damages under the Clayton Act, and triple damages for willful infringement.

18

19

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

20

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

21

The parties:                      The submitting party agrees to the following form of

22

    ☑ have tried to settle the case.    ADR:

23

    ☐ have not tried to settle the    ☐ Settlement conference with a magistrate judge

24

case.                      ☐ Mediation

25

                      ☐ Other _____

26

Information needed:  Plaintiff is asking the Court to allow a jury to decide damages and

27

award.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## 14. <u>CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE</u>

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* <u>Larry Golden</u>

    ☐ does consent to a magistrate judge.

    ☐ does <u>not</u> consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 15. <u>OTHER REFERENCES</u>

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

## 16. <u>NARROWING OF ISSUES, CLAIMS, OR DEFENSES</u>

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐    Not applicable.

☑    Issues that can be resolved by agreement: <u>Settlement. Expediting the Case to a jury</u>

☐    Issues that can be resolved by motion: _____

## 17. <u>EXPEDITED TRIAL PROCEDURE</u>

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

## 18.    <u>SCHEDULING</u>

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑    Agree to have Court set deadlines.

☐    Proposed deadlines: _____

**19.    TRIAL**

*Check the box that applies and estimate how long the trial will last.*

☑ This case will be tried by a jury.  The trial is expected to last 2 __ days.

☐ This case will be tried by a judge.  The trial is expected to last ___ days.

**20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES**

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

**21. OTHER MATTERS**

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

A just, speedy, and inexpensive resolution of this case is to move the case to a trial by jury.

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: 10/14/2022        Sign Name: _____

Print Name: Larry Golden

*Pro se*

CASE MANAGEMENT STATEMENT; CASE NO.: 3:22-cv-04152-VC
PAGE NO. 7 __  OF 8 __  *[JDC TEMPLATE – Rev. 05/17]*

1  *Use this page if you need additional space for any Section. Be sure to write the Section number.*

2  Apple was knowledgeable of Plaintiff' s communicating, monitoring, detecting, and

3  controlling devices since at least 2010 when Plaintiff made a request on Apple to cease

4  and desist, and enter into a licensing agreement with Plaintiff. Under 35 U.S.C. 122(e),

5  which provides a mechanism for third parties [Apple] to submit patents, published

6  patent applications, or other printed publications of potential relevance to the

7  examination of a patent application to prevent the grant of a patent. Apple could have

8  intervened to invalidate Plaintiff's '752, '761, '891, '990, and '280 patents between years

9  2010-2013, Apple failed to do so. Apple could have intervened to invalidate Plaintiff's

10  '189, '439, '287 and '619 patents between years 2015-2021 that has 25 Independent

11  patent claims for the smartphone; but, failed to do so. Under the Leahy – Smith

12  American Invents Act that was passed by Congress in 2011, Apple could have, after

13  receiving knowledge of Plaintiff's patent subject matter in 2010, filed at the USPTO

14  PTAB a petition for inter partes review (IPR) to invalidate any or all of Plaintiff's patents.

15  Apple fail to do so. Plaintiff made another attempt at getting Apple to accept a license,

16  or cease and desist in 2019. Apple's IP Executive denied my offer. Apple was notified

17  to appear in 2020 in the related COFC Case No. 13-307C Golden v. US to protect any

18  interested Apple has for the patent infringement allegations made against certain Apple

19  products. Apple could have appeared to present any invalidity contentions. Apple

20  failed to appear. In a telephone conversation with Apple's Attorneys on 10/12/2022,

21  Plaintiff asked if Apple has a patent that antedates Plaintiff's patents priority date, and

22  if so, they could present the patent and possibly end Plaintiff's case against Apple.

23  Apple could not produce a patent and said maybe that's something we can present in

24  discovery. For 12 years Apple could have presented evidence to show Apple products

25  do not infringe Plaintiff's patents; Plaintiff's patents are invalid; that the cease and

26  desist request was not proper; and, Apple does not need to license Plaintiff's

27  patented inventions. Plaintiff is entitled to Summary Judgement as a matter of law.

28

Sincerely,

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
(M) 8649927104
Email: atpg-tech@charter.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October, 2022, a true and correct copy of the foregoing "Plaintiff's Case Management Statement", was served upon the following Defendant by priority "express" mail:

> Jack P. DiCanio
>
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>
> 525 University Avenue, Suite 1400
>
> Palo Alto, California 94301
>
> Phone: (650) 470-4500
>
> Fax: (650) 470-4570
>
> Email: jack.dicanio@skadden.com

> Larry Golden, Pro Se
>
> 740 Woodruff Rd., #1102
>
> Greenville, South Carolina 29607
>
> atpg-tech@charter.net
>
> 864-288-5605