```
DUPLICATE
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161974
Cashier ID: kokicha
Transaction Date: 11/04/2022
Payer Name: ATPG Technology, LLC

NOTICE OF APPEAL/DOCKETING FEE
 For: ATPG Technology, LLC
 Case/Party: D-CAN-3-22-CV-004152-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1091
 Amt Tendered: $505.00

Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```