# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**APPLE INC.,**

*Defendant-Appellee*

---

2023-1161

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-04152-VC, Judge Vince Chhabria.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

<u>May 12, 2023</u>          /s/ Peter R. Marksteiner
    Date            Peter R. Marksteiner
                      Clerk of Court