# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**APPLE INC.,**

*Defendant-Appellee*

---

2023-1161

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-04152-VC, Judge Vince Chhabria.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 12, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court